IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| RICHARD LANE BELT | : | CASE NO. : 17-61868 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | |

**************************************************************************

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'(S) PLAN DATED AUGUST 23, 2017

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, for the above captioned case and objects to Confirmation of the Debtor'(s) proposed Plan on the grounds that said plan is in violation of 11 U.S.C. Section(s):

**Unfeasible**

    1325 (a) (6) the debtor will be able to make all payments under the plan and to comply with the plan

    1325 (a) (1) the plan complies with the provisions of this chapter and with the other applicable provisions of this title.

**ARREARAGE CLAIM IS HIGHER**
**IRS CLAIM**

    **WHEREFORE**, the Standing Chapter 13 Trustee prays that the confirmation of the debtor(s) plan be **denied.**

                                      **/S/ Toby L. Rosen**
                                        **Toby L. Rosen, Chapter 13 Trustee**

# CERTIFICATE OF SERVICE

I certify that on November 21, 2017, a true and correct copy of the OBJECTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    NICOLE ROHR-METZGER, on behalf of RICHARD LANE BELT, at nicole@thrushandrohr.com

And by regular U.S. Mail, postage prepaid, on:

    NONE

    /s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222